UNITED STATES DISTRICT COURT                                    MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Phoenix

DATE: 3/21/12              CASE NUMBER: 12-03150M

USA vs. 1-Chad Mitchell Davis
USA vs. 2-Ryan James Aird

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON  #: 70BI

A.U.S. Attorney Jennifer Levinson            INTERPRETER _____
                                             LANGUAGE _____
Attorney for Defendant 1-Maria Weidner (AFPD)
Attorney for Defendant 2-David Lockhart (CJA)

DEFENDANT:  ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 3/21/12              ☒ Initial Appearance          ☒ Appointment of counsel hearings held
☒ Financial Afdvts taken ☐ Dft Sworn                   ☐ Financial Afdvt sealed
☒ Rule 5                 ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held  ☐ Con't  ☒ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☒ Defendant ordered released O/R with conditions<br>☐ Defendant continued detained pending trial<br>☐ Flight risk  ☐ Danger | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other: Order to follow with date and time for defendants to appear in the prosecuting district.

                                        Recorded by CourtSmart
                                        BY: Sherise M. Hargrove
                                        Deputy Clerk

IA 6 min
ID 2 min
DH 12 min