```
____ FILED       ____ LODGED
____ RECEIVED    ____ COPY

     MAR 2 1 2012

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America )<br>v. )<br>Ryan James Aird )<br>_____ )<br>Defendant ) | Case No. 12-3150m-2<br><br>Charging District's Case No. 11-cr-103-AE |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* __District of Oregon__.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing. *(struck through)*

~~an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.~~

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3-21-12

_____
Defendant's signature

_____
Signature of defendant's attorney

David W. Lockhart
_____
Printed name of defendant's attorney